The PEOPLE of the State of
Colorado, Petitioner,

v.

Jeremiah M. BARNUM, Respondent.

No. 01SC165.

Supreme Court of Colorado,
En Banc.

Feb. 12, 2002.

Robert J. Whitley, Chief Deputy District Attorney, Denver.

Peter R. Bornstein, Denver.

Thomas J. Hammond, Denver.

### ORDER OF COURT

Chief Justice Mullarkey, Justice Martinez and Justice Bender are of the opinion that the judgment of the Court of Appeals should be affirmed; whereas Justice Kourlis, Justice Hobbs and Justice Rice are of the opinion that it should be reversed. Justice Coats does not participate.

Since the court is equally divided, the decision of the Court of Appeals is affirmed by operation of law. C.A.R. 35(e).

Justice COATS does not participate.